UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBIN ZABLUDOFF,                                       08 CV 00198

             Plaintiff,

      - against -                                   **NOTICE OF APPEARANCE**

KENNETH MROCZEK, M.D.,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   The Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for KENNETH MROCZEK, M.D. and include me on all electronic filing notices at the following e-mail address:

wayneroth@mcf-esq.com

I certify that I am admitted to practice in this Court and that I have registered for electronic filing.

Dated: New York, New York
        March 28, 2008

                              Respectfully submitted,

                              McALOON & FRIEDMAN, P.C.

                              By: _____
                                  WAYNE M. ROTH, ESQ. (WR-7177)
                              Attorneys for Defendant
                              KENNETH MROCZEK, M.D.
                              Office and P.O. Address
                              123 William Street, 25th Floor
                              New York, NY  10038-3804
                              (212) 732-8700

TO:

PODLOFSKY, HILL, ORANGE
  & MODZELWESKI, LLP
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 299N
Great Neck, New York  11021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ROBIN ZABLUDOFF,                                              08 CV 00198

               Plaintiff,

         - against -

KENNETH MROCZEK, M.D.,

               Defendant.

------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within document was served upon the following person by placing a copy of same in the United States mail, postage prepaid, on March 28, 2008, addressed as follows:

PODLOFSKY, HILL, ORANGE
  & MODZELWESKI, LLP
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 299N
Great Neck, New York  11021

                                      Respectfully submitted,

                                      McALOON & FRIEDMAN, P.C.

                                      By:_____
                                          WAYNE M. ROTH, ESQ. (WR-7177)
                                      Attorneys for Defendant
                                      KENNETH MROCZEK, M.D.
                                      Office and P.O. Address
                                      123 William Street, 25th Floor
                                      New York, NY  10038-3804
                                      (212) 732-8700