570-18408-WR-TBR

MAR 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

ROBIN ZABLUDOFF,

          Plaintiff,

   - against -

KENNETH MROCZEK, M.D.,

          Defendant.

---------------------------------------x

08 CV 00198

STIPULATION
EXTENDING
TIME TO ANSWER

IT IS HEREBY STIPULATED that the time for the defendant KENNETH MROCZEK, M.D., to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including **April 25, 2008**. Said defendant will not plead lack of personal jurisdiction as an affirmative defense.

Dated: New York, New York
      March 28, 2008

_____
JAMES MODZELWESKI, ESQ. (1633)
PODLOFSKY, HILL, ORANGE
  & MODZELWESKI, LLP
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 299N
Great Neck, New York 11021

_____
WAYNE M. ROTH, ESQ. (7177)
McALOON & FRIEDMAN, P.C.
Attorneys for Defendant
KENNETH MROCZEK, M.D.
123 William Street, 25th Floor
New York, New York 10038

SO ORDERED: 31 March 2008

_____
Victor Marrero
U.S.D.C.J.