UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
ROBIN ZABLUDOFF,

                                                             08 CV 00198

        Plaintiff,

   -against-                                    RULE 7.1 STATEMENT

KENNETH MROCZEK, M.D.,

        Defendant.
------------------------------x

       Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant certifies that the following are corporate parents, subsidiaries or affiliates of this party:

     N/A

Dated: New York, New York
       April 25, 2008

                                     Yours, etc.

                                     McALOON & FRIEDMAN, P.C.

                                   By: _____
                                       WAYNE M. ROTH, ESQ. (7177)
                                   Attorneys for Defendant
                                   Office and P.O. Address
                                   123 William Street, 25th Floor
                                   New York, New York  10038-3804
                                   Tel. No. (212) 732-8700

TO:

PODLOFSKY, HILL, ORANGE
  & MODZELWESKI, LLP
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 299N
Great Neck, New York  11021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ROBIN ZABLUDOFF,                                    08 CV 00198

                Plaintiff,

      - against -

KENNETH MROCZEK, M.D.,

                Defendant.

------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within document was served upon the following person by placing a copy of same in the United States mail, postage prepaid, on April 25, 2008, addressed as follows:

PODLOFSKY, HILL, ORANGE
  & MODZELWESKI, LLP
Attorneys for Plaintiff
98 Cutter Mill Road, Suite 299N
Great Neck, New York 11021

                                Respectfully submitted,

                                McALOON & FRIEDMAN, P.C.

                                By: _____
                                    WAYNE M. ROTH, ESQ. (WR-7177)
                                Attorneys for Defendant
                                Office and P.O. Address
                                123 William Street, 25th Floor
                                New York, NY 10038-3804
                                (212) 732-8700