# McALOON & FRIEDMAN, P.C.
## COUNSELORS AT LAW

123 William Street
New York, New York 10038-3804
Telephone: 212-732-8700 • Facsimile: 212-227-2903
Firm E-mail: McAF@mcf-esq.com

New Jersey Address
120 West Palisades Blvd.
Palisades Park, N.J. 07650
201-944-2629

WAYNE ROTH
Telephone Ext: 278
E-mail: wayneroth@mcf-esq.com

May 28, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

Hon. Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
40 Pearl Street, Room 219
New York, New York 10007-1591

    Re:   Robin Zabludoff v. Kenneth Mroczek, M.D.
          Civil Action No.: 08 CV 00198
          <u>Our File No.: 570-18408</u>

Dear Judge Marrero:

    Our Firm represents the defendant, Kenneth Mroczek, M.D., in the above-referenced matter. We are currently scheduled to have a case management plan conference on May 30, 2008 at 9am. With the consent of James Modzelewski, Esq., counsel for plaintiff, we are respectfully requesting an adjournment of this conference for Friday, June 20, 2008 or another date that is convenient for the Court. This is the first request for an adjournment of this conference.

    I appreciate your assistance in this matter.

Very truly yours,

Wayne M. Roth

cc:   James Modzelewski, Esq.
      Podlofsky, Hill, Orange
       & Modzelweski, LLP
      98 Cutter Mill Road, Suite 299N
      Great Neck, New York 11021

Request GRANTED. The _____ conference herein is rescheduled to 6-20-08 at 9:30 a.m.

SO ORDERED.

5-27-08
DATE      VICTOR MARRERO, U.S.D.J.